IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY OHLHAUSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-17-CA-0665-FB |
| | § | |
| CLIENT SERVIES, INC. and CAPITAL ONE, N.A., | § | |
| | § | |
| Defendants. | § | |

**<u>ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT</u>**

Before the Court is the Stipulation of Dismissal with Prejudice filed by the parties on December 20, 2017 (docket #12). In accordance with rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree that this case should be dismissed with prejudice. The Court finds the request to dismiss has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that in accordance with the Stipulation of Dismissal filed by the parties in this case (docket #12), all claims and this lawsuit are DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 26th day of December, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE